**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTER DISTRICT OF TEXAS**
**MARSHALL DIVISION**

**VDPP, LLC,**

***Plaintiff*,**

**v.**

**CHRISTIE DIGITAL SYSTEMS USA, INC.**

***Defendant.***

**CASE NO. 2:24-cv-00156-JRG**

**DEFENDANT CHRISTIE DIGITAL SYSTEMS USA, INC.'S**
**ANSWER AND AFFIRMATIVE DEFENSES**

Defendant Christie Digital Systems USA, Inc. ("Christie") hereby answers as follows the Complaint filed March 5, 2024, by plaintiff VDPP, LLC ("VDPP"):

## I. THE PARTIES

1. Christie is without knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 1 of the Complaint, and therefore denies them.

2. Christie admits that it is a California corporation with its headquarters and principal place of business at 10550 Camden Drive, Cypress, CA 90630. Except as so admitted, Christie denies the allegations of Paragraph 2 of the Complaint.

## II. JURISDICTION AND VENUE

3. Christie admits that the Complaint purports to state a claim as to which the court has subject-matter jurisdiction. Except as so admitted, Christie denies the allegations of Paragraph 3 of the Complaint.

4. Christie admits that it maintains an office in this District. Except as so admitted, Christie denies the allegations of Paragraph 4 of the Complaint.

5. Christie admits that it maintains an office in this District. Except as so admitted, Christie denies the allegations of Paragraph 5 of the Complaint.

## III. [ALLEGED] INFRINGMENT OF THE ’380 PATENT

6. Christie admits that U.S. Patent No. 10,021,380, entitled “Faster State Transitioning For Continuous Adjustable 3Deeps Filter Spectacles Using Multi - Layered Variable Tint Materials” reflects that it was issued by the U.S. Patent and Trademark Office on July 10, 2018. Christie further admits that VDPP claims ownership by assignment of the ’380 patent. Except as so admitted, Christie denies the allegations of Paragraph 6 of the Complaint.

7. Christie denies the allegations of Paragraph 7 of the Complaint.

8. Christie denies the allegations of Paragraph 8 of the Complaint.

9. Christie admits that VDPP has supplied a claim chart summarizing its infringement allegations as to the ’380 patent. Except as so admitted, Christie denies the allegations of Paragraph 9 of the Complaint.

10. Christie denies the allegations of Paragraph 10 of the Complaint.

11. Christie denies the allegations of Paragraph 11 of the Complaint.

12. Christie denies the allegations of Paragraph 12 of the Complaint.

## IV. [ALLEGED] INFRINGEMENT OF THE ’881 PATENT

13. Christie admits that U.S. Patent No. 10,951,881, entitled “Faster State Transitioning For Continuous Adjustable 3Deeps Filter Spectacles Using Multi - Layered Variable Tint Materials” reflects that it was issued by the U.S. Patent and Trademark Office on March 16, 2021. Christie further admits that VDPP claims ownership by assignment of the ’881 patent. Except as so admitted, Christie denies the allegations of Paragraph 13 of the Complaint.

14. Christie denies the allegations of Paragraph 14 of the Complaint.

15. Christie denies the allegations of Paragraph 15 of the Complaint.

16. Christie admits that VDPP has supplied a claim chart summarizing its infringement allegations as to the ’881 patent. Except as so admitted, Christie denies the allegations of Paragraph 16 of the Complaint.

17. Christie denies the allegations of Paragraph 17 of the Complaint.

18. Christie denies the allegations of Paragraph 18 of the Complaint.

19. Christie denies the allegations of Paragraph 19 of the Complaint.

## V. CONDITIONS PRECEDENT

20. Christie lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 20 of the Complaint, and on that basis denies them.

## GENERAL DENIAL

21. Christie denies any and all allegations of the Complaint not specifically admitted hereinabove.

## AFFIRMATIVE DEFENSES

22. The Complaint fails to state a claim upon which relief can be granted.

23. Without shifting the burden of proof, which remains with plaintiff, Christie has not and is not directly or indirectly infringing the ’330 patent and/or the ’881 patent.

24. The ’330 patent is invalid for one or more of the following reasons: claiming patent-ineligible subject matter (35 U.S.C. § 101); anticipation (35 U.S.C. § 102); obviousness (35 U.S.C. § 103); lack of enablement (35 U.S.C. § 112); and inadequate written description (35 U.S.C. § 112).

25. The ’881 patent is invalid for one or more of the following reasons: claiming patent-ineligible subject matter (35 U.S.C. § 101); anticipation (35 U.S.C. § 102); obviousness (35 U.S.C. § 103); lack of enablement (35 U.S.C. § 112); and inadequate written description (35 U.S.C. § 112).

26. Without shifting the burden of proof, which remains with plaintiff, the ’330 patent and/or the ’881 patent expired.

27. Without shifting the burden of proof, which remains with plaintiff, plaintiff and/or its licensees failed to provide notice required by 35 U.S.C. § 287.

28. Christie reserves the right to assert additional defenses that may become known to it through discovery.

## PRAYER

Christie respectfully requests that the Court:

(a) Enter judgment that plaintiff takes nothing on its Complaint;

(b) Award Christie its costs and attorneys’ fees; and

(c) Award Christie such other and further relief as the Court deems just in the circumstances

Dated: May 28, 2024

Respectfully submitted,

*/s/ Melissa R. Smith*

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Glenn W. Trost
**TROST LEGAL**
1010 North Central Avenue
Glendale, California 91202
Telephone: (626) 905-3837
Email: glenn@trostlegal.com

*Counsel for Defendant*
*Christie Digital Systems USA, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 28th day of May, 2024.

*/s/ Melissa R. Smith*
Melissa R. Smith